IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUDY W RENDEROS | § | CASE NO. 08-19080-JNF |
| | § | CHAPTER 11 |
| | § | |
| | § | JUDGE JOAN N. FEENEY |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Bank of America N.A**
**475 Crosspoint Parkway / P.O. Box 9000**
**Getzville, New York 14068**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.


/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 5460-N-1637
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of America N.A

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 8, 2008:

**Debtors' Attorney**
Herbert Weinberg
Rosenberg & Weinberg
805 Turnpike St., Suite. 201
North Andover, MA  01845

**Chapter 11 Trustee**

**U.S. Trustee**
Office of the US Trustee
472 Federal Bldg., 10 Causeway Street
Boston, Massachusetts 02222-1043

      /s/ Joe M. Lozano, Jr.

      Joe M. Lozano, Jr.

5460-N-1637
noaelect